```
                  UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF MISSISSIPPI
                        NORTHERN DIVISION

WALTER LEE GILBERT                                       PETITIONER
A/K/A LEMARCUS HILLIARD #99903-555


VS.                                  CIVIL ACTION NO. 3:17CV16TSL-RHW

PELICIA HALL                                             RESPONDENT
```

ORDER

This cause came on this date to be heard upon the report and recommendation of United States Magistrate Robert H. Walker, and the court, no objection having been filed and having fully reviewed the report and recommendation entered in this cause on April 14, 2020, and no objection having been filed and being duly advised in the premises, finds that said report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge Robert H. Walker entered on April 14, 2020, be, and the same is hereby adopted as the finding of this court. Accordingly, it is ordered that respondent's motion to dismiss is granted and the petition for writ of habeas corpus, filed pursuant to § 2254, is hereby dismissed.

It is further ordered that a certificate of appealability is denied. Petitioner has failed to demonstrate that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right" or that "jurists of

reason would find it debatable whether [this] court was correct in its procedural ruling.  Slack v. McDaniel, 529 U.S. 473, 484, 120 S. Ct. 1595, 146 L. Ed. 2d 542 (2000).

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 11th day of May, 2020.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE